**Order filed, January 10, 2018.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-17-00749-CR**

**JOSEPH LUIS CANTU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the**
**Travis County, Texas**
**Trial Court Case   D-1-DC-17-904033**

## ORDER

The reporter's record in this case was due 12/06/2017.  *See* Tex. R. App. P. 35.1. On 12/07/2017, this court granted in part the court reporter's extension to file the record within 30 days.  The record has not been filed with the court.  Because the reporter record has not been filed timely, we issue the following order.

We order Ellie Klemens and Nicole Edwards, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days of** the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM